# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 394 MAL 2021

            Respondent                 :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

             v.                    :

KEENAN JONES,                   :

            Petitioner                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Elizabeth E. Zisk
As Of 12/01/2021

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania